IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LEELLIS EDWARDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| OKLAHOMA CITY POLICY DEPARTMENT, OKLAHOMA CITY DETENTION CENTER TRUST, | ) No. CIV-21-815-F |
| | ) |
| Defendants. | ) |

## ORDER TO CURE DEFICIENCY

Before the Court is Plaintiff's Motion for Leave to Proceed in Forma Pauperis. Doc. 2. Plaintiff is incarcerated at the Davis Correctional Facility in Holdenville, Oklahoma. *See* Doc. 1, at 1. His motion, though, is on the non-prisoner form and does not include all the information required for prisoner in forma pauperis applications.

A prisoner in forma pauperis application must include: "an affidavit that includes a statement of all assets" the prisoner possesses and "a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint or notice of appeal, obtained from the appropriate official of each prison at which the prisoner is or was confined. . . ." 28 U.S.C. § 1915(a). As

well, the application must be signed by a prison official and should also be on a form approved by the Court. LCvR3.3; *see also Coleman v. Garfield Cty. Det. Ctr.*, 2021 WL 3615831, at *1 (W.D. Okla. July 12, 2021) ("Plaintiff did not submit his IFP application on the proper form . . . or obtain the signature of an authorized prison official."), *adopted*, 2021 WL 3609305 (W.D. Okla. Aug. 13, 2021).

Plaintiff shall submit a new in forma pauperis application on or before September 9, 2021. Failure to comply with this order may result in dismissal of this action. The Clerk of Court is directed to send Petitioner the form necessary to comply with this order.

**SO ORDERED** this 19th day of August, 2021.

_____
SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE