# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LEELLIS EDWARDS, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) ) Case No. CIV-21-0815-F |
| OKLAHOMA CITY POLICE DEPARTMENT, et al., | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

On November 24, 2021, Magistrate Judge Suzanne Mitchell entered an order requiring plaintiff Leellis Edwards to pay an initial filing fee of $107.88, which represented twenty percent of the average monthly balance of his prison trust account, by December 15, 2021. *See*, doc. no. 13. Magistrate Judge Mitchell advised plaintiff that if he failed to pay the initial partial filing fee or failed to show cause in writing for his failure to pay, his action would be subject to dismissal without prejudice to refiling.

On December 28, 2021, Magistrate Judge Mitchell issued a Report and Recommendation, recommending dismissal of this action without prejudice. *See*, doc. no. 14, p. 1 and p. 5. Magistrate Judge Mitchell based the recommended ruling upon plaintiff's failure to follow the court's orders – specifically, his failure to timely pay the required initial filing fee -- relying upon Rule 41(b), Fed. R. Civ. P. *Id*., pp. 3-4. However, the court notes that in the Report and Recommendation, Magistrate Judge Mitchell also recommended that the court dismiss the case without prejudice

unless plaintiff pays the $107.88 within 21 days of any order adopting the Report and Recommendation. *Id*. at p. 4.

Although advised of his right to file an objection to the Report and Recommendation on or before January 18, 2022, and the consequences of his failure to make timely objection to the Report and Recommendation, namely, waiver of the right to appellate review of both factual and legal questions, plaintiff has not filed any objection to the Report and Recommendation. Plaintiff also has not sought additional time to file an objection.

With no objection to the Report and Recommendation, the court will adopt the Report and Recommendation. Because there appears to be two different recommended rulings by Magistrate Judge Mitchell, the court will accept the recommended ruling more favorable to plaintiff – the dismissal of the case without prejudice unless plaintiff pays the $107.88 initial filing fee within 21 days of this order adopting the Report and Recommendation.

Accordingly, the Report and Recommendation of United States Magistrate Judge Suzanne Mitchell issued December 28, 2021 (doc. no. 14) is **ADOPTED** to the extent that this case will be dismissed without prejudice unless plaintiff Leellis Edwards pays the $107.88 initial filing fee within 21 days from the date of this order. If plaintiff Leellis Edwards fails to pay the $107.88 initial filing fee within 21 days of this order, this case will be dismissed without prejudice without further notice to plaintiff.

IT IS SO ORDERED this 2nd day of February, 2022.

*[Signature]*
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

21-0815p002.docx