# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LeELLIS EDWARDS, | ) |
| Plaintiff, | ) |
| -vs- | ) Case No. CIV-21-0815-F |
| OKLAHOMA CITY POLICE DEPARTMENT, et al., | ) |
| Defendants. | ) |

## **JUDGMENT**

In accordance with the order entered this same date, this case is dismissed without prejudice under Rule 41(b), Fed. R. Civ. P.

DATED at Oklahoma City, Oklahoma, this 24th day of February, 2022.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

21-0815p004.docx